**Order entered April 13, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00088-CR**
**No. 05-20-00089-CR**
**No. 05-20-00090-CR**
**No. 05-20-00091-CR**
**No. 05-20-00092-CR**
**No. 05-20-00093-CR**

**JOSHUA JEFF BARRIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 070006 Cts. 1-6**

### ORDER

We **REINSTATE** these appeals.

We abated for the appointment of new counsel. On April 7, 2020, a supplemental clerk's record was filed with the appointment. We **DIRECT** the Clerk of the Court to list Marcus Olds as counsel for appellant. All future

correspondence should be sent to Mr. Olds at 111A N. Travis St., Suite 5, Sherman, TX 75090.

The record is due May 8, 2020.

We **DIRECT** the Clerk to send copies of this order to the Honorable James P. Fallon, Presiding Judge, 15th Judicial District Court; Misty Skinner, court reporter, 15th Judicial District Court; Kelly Ashmore, Grayson County District Clerk; Marcus Olds; and the Grayson County District Attorney's Office.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE